IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|                          |   |              |
|--------------------------|---|--------------|
| UNITED STATES OF AMERICA,| * |              |
| Plaintiff,               | * |              |
| vs.                      | * | No. 08-20001-Ma |
|                          | * |              |
| EDMUND H. FORD,          |   |              |
| JOSEPH LEE, III,         | * |              |
| Defendants.              | * |              |

MOTION TO DISMISS INDICTMENT

COMES NOW the United States of America through the undersigned attorneys to move this Honorable Court to **DISMISS** the above-numbered indictment as to both defendants. The Government has re-evaluated the case and states to the Court that a dismissal is warranted in the Interest of Justice.

The undersigned counsel for the Government advised counsel for the defendants (Michael E. Scholl, Esq. for Mr. Ford and Robert L. J. Spence, Jr., Esq. for Mr. Lee) of this motion, and they advised that they did not object to it.

Based on the foregoing, the Government asks the Court to grant this unopposed motion.

Respectfully submitted,

LAWRENCE J. LAURENZI
Acting United States Attorney


By:     s/ Thomas A. Colthurst              s/ Lawrence J. Laurenzi
Thomas A. Colthurst                  Lawrence J. Laurenzi
Assistant U.S. Attorney             Assistant U.S. Attorney
# 18324 – Tennessee               # 009529 – Tennessee
167 N. Main Street, 8th Floor      167 N. Main Street, 8th Floor
Memphis, Tennessee 38103       Memphis, Tennessee 38103
(901) 544-4231                         (901) 544-4231
Tom.colthurst@usdoj.gov         Larry.Laurenzi@usdoj.gov

CERTIFICATE OF SERVICE

I, Thomas A. Colthurst, Assistant United States Attorney for the Western District of Tennessee, hereby certify that copies of the foregoing MOTION TO DISMISS INDICTMENT have been e-mailed or mailed, first class postage pre-paid, to the following counsel for the defendants:

| | |
|---|---|
| Michael E. Scholl, Esq.<br>8 S. Third Street, Fourth Floor<br>Memphis, TN  38103 | Robert L. J. Spence, Jr., Esq.<br>SpenceWalk, PLLC<br>One Commerce Square, Suite 2200<br>Memphis, TN  38103 |
| | David A. Howard, Esq.<br>44 West Flagler Street<br>Suite 675<br>Miami, FL 33130 |

on June 24, 2008.

s/ Thomas A. Colthurst
Thomas A. Colthurst
Assistant U.S. Attorney